IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY MCKEE                                                                                                    PLAINTIFF

V.                          CASE NO. 3:19-CV-141-KGB-BD

RUSTY MCMILLION, *et al*.                                                                          DEFENDANTS

## ORDER

Plaintiff Jerry McKee has filed a notice with the Court explaining that he cannot get the staff at the Greene County Detention Facility (Detention Facility) to complete and return his jail account information sheet. (Docket entry #4) Therefore, the Clerk is directed to enclose a jail account information sheet along with a copy of this order and send it to Mr. McKee and the jail administrator of the Detention Facility. **The jail administrator must complete the jail account information sheet and return it to Mr. McKee so that he may submit it to the Court within 30 days of this order**.

IT IS SO ORDERED, this 4th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE