IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERRY MCKEE**                                                                      **PLAINTIFF**

**V.**                      **CASE NO. 3:19-CV-141-KGB-BD**

**RUSTY MCMILLION,** *et al.*                                        **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Mr. McKee may file written objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed with the Clerk of Court within 14 days. If Mr. McKee does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion**

Mr. McKee, a pretrial detainee, filed this case without the help of a lawyer under 42 U.S.C. § 1983. He is proceeding *in forma pauperis*. (Docket entries #2, #8)

Mr. McKee did not include enough information in his complaint to state a federal claim for relief. (#2) He was ordered to file an amended complaint within 30 days of June 17, 2019, to add facts explaining his claims. (#8) In the order requiring Mr. McKee to amend his complaint, the Court set out the additional information needed to adequately

state the various claims he had apparently attempted to assert in his original complaint. In that same order, the Court specifically cautioned Mr. McKee that his lawsuit could be dismissed if he failed to supplement his original complaint with additional facts, as ordered. (#8)

To date, Mr. McKee has failed to amend his complaint with allegations necessary to state a federal claim for relief. The time allowed for filing an amended complaint has now passed.

## III. Conclusion

The Court recommends that Mr. McKee's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 17, 2019 Order requiring him to amend his complaint.

DATED this 22nd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE