# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JERRY MCKEE**                                                                                          **PLAINTIFF**

**v.**                            **Case No. 3:19-cv-00141-KGB-BD**

**RUSTY MCMILLION,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 9). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Jerry McKee's complaint (Dkt. No. 2) for failure to comply with the Court's June 17, 2019, Order (Dkt. No. 8).

It is so ordered this 29th day of October, 2020.

                                                                            Kristine G. Baker
                                                                            United States District Judge