IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERRY MCKEE**                                                                                              **PLAINTIFF**

v.                                    Case No. 3:19-cv-00141-KGB-BD

**RUSTY MCMILLION,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jerry McKee's complaint is dismissed without prejudice.

It is so adjudged this 29th day of October, 2020.

_____
Kristine G. Baker
United States District Judge